EXHIBIT "A"

IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
IN AND FOR PINELLAS COUNTY, FLORIDA

LEONARD COLE,

Plaintiff,

v.

THE WENDY'S COMPANY d/b/a WENDY'S,

Defendant.

_____/

CIVIL DIVISION

CASE NO.:

**COMPLAINT AND DEMAND FOR JURY TRIAL**

The Plaintiff, LEONARD COLE, by and through the undersigned counsel, hereby sues the Defendant, THE WENDY'S COMPANY d/b/a WENDY'S, and alleges:

**Jurisdiction**

1. This is an action for damages, which exceeds Thirty Thousand Dollars ($30,000.00) exclusive of interest and costs, and otherwise within this Court's jurisdictional limits.

**Venue**

2. Venue is proper in Pinellas County in that all of the acts complained of herein occurred in Pinellas County, Florida.

**Parties**

3. At all times material hereto, the Plaintiff, LEONARD COLE (hereinafter referred to as "Plaintiff"), was and is a resident of Pinellas County, Florida, and is otherwise sui juris.

4. At all times material hereto, the Defendant, THE WENDY'S COMPANY d/b/a WENDY'S (hereinafter referred to as "Defendant"), was and is a Foreign Profit Corporation authorized

to do business in the State of Florida and doing business in Clearwater, Pinellas County, Florida.

## General Allegations

5. At all times material hereto, and specifically on April 18, 2019, Defendant owned, managed, controlled, operated, and/or maintained the premises located at 3335 Ulmerton Road, Clearwater, FL 33762, in Pinellas County.

6. On or about April 18, 2019, Plaintiff was a business invitee of Defendant's premises located at 3335 Ulmerton Road, Clearwater, FL 33762.

7. While on Defendant's premises, Plaintiff slipped and fell on a transitory foreign substance that was on the floor.

## Negligence Against Defendant

Plaintiff re-alleges and restates the allegations in paragraphs 1 through 7 as if fully set forth herein.

8. Defendant owed a duty to Plaintiff and all other business invitees to provide a reasonably safe environment.

9. On April 18, 2019, Defendant, breached its non-delegable duty owed to Plaintiff by engaging in the following acts of commission or omission:

    a. Negligently failing to maintain the floor of the premises in a reasonably safe condition, to wit, allowing a liquid to accumulate on the floor, and prevent the dangerous conditions from occurring;

    b. Negligently failing to warn or adequately warn of the dangerous condition that existed at the time of the Plaintiff's incident;

    c. Negligently failing to place barricades, wet floor signs, or other marking devices utilized to alert customers such as the Plaintiff of the dangerous condition, to whit the liquid, that existed at the time of Plaintiff's incident;

    d. Negligently failing to remove said liquid from the floor of the premises;

    e. Negligently failing to correct the hazardous condition of the premises when the Defendant knew or should have known that the general public visits said premises and specifically the Plaintiff herein.

10. The specific manner in which Plaintiff was injured was foreseeable to Defendant and Defendant knew or should have known the specific risks of harm to Plaintiff as a result of Defendant's negligence.

11. As a direct and proximate result of Defendant's negligence, Plaintiff suffered bodily injury and resulting physical and mental pain and suffering, disability, physical impairment, disfigurement, mental anguish, inconvenience, loss of capacity for the enjoyment of life, loss of earnings and impairment of earning capacity and/or permanent aggravation of a pre-existing condition, and further incurred hospital bills, medical bills, and/or other bills as a result of sais injuries. The injuries to Plaintiff are either permanent or continuing in nature and Plaintiff will continue to suffer the losses in the future.

**WHEREFORE**, the Plaintiff respectfully demands judgment against the Defendant for damages, costs, and interest, if or when applicable, and all other relief this Court deems just and appropriate.

**DEMAND FOR JURY TRIAL**

The Plaintiff, LEONARD COLE, hereby demands trial by jury of all issues so triable as a matter of right.

Dated: <u>July 28, 2020</u>

                                                  **RUBENSTEIN LAW, P.A.**
Attorneys for Plaintiff
9130 S. Dadeland Blvd., Suite PH
Miami, FL 33156
Phone: (305) 661-6000
Fax: (305) 670-7555
Email: sreid@rubensteinlaw.com
        jperez@rubensteinlaw.com
        eservice@rubensteinlaw.com

By: <u>/s/ Samantha Reid</u>
    SAMANTHA REID
    Florida Bar No.: 120129